[No. 28375-8-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL OTTO
STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05909-6, Richard M. Ishikawa, J., entered
April 30, 1991. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 30954-4-I.   Division One.   August 2, 1993.]

INFORMED CITIZENS ACTION NETWORK, *Appellant*, v.
THE CITY OF OAK HARBOR, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Island
County, No. 92-2-00109-2, Richard L. Pitt, J., entered May
29, 1992. *Reversed* by unpublished opinion per Scholfield, J.,
concurred in by Pekelis, A.C.J., and Agid, J.

[No. 30238-8-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS
OWENS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-06940-1, Mary Wicks Brucker, J., entered
February 13, 1992. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Webster, C.J., and Coleman, J.

[No. 28243-3-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN
ATKINSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00204-3, James D. McCutcheon, Jr., J.,
entered March 22, 1992. *Affirmed* by unpublished per curiam
opinion.